IN THE UNITED STATES DIDSTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL 06-00266 SPK-LEK |
| Plaintiff, ) | |
| vs. ) | |
| EARL MASAKI KAGEYAMA, et al,) | |
| Defendants. ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 6, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and LR 74.2, the "Findings and Recommendation to Grant the Government's Motion for Default Judgment against defendants State Savings and Loan Association and Discovery Bank," is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 24, 2007.



_____
Samuel P. King
Senior United States District Judge